**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **WILMER TORRES GUIFARRO,** | : | **Case No. 1:26-cv-350** |
| | : | |
| **Petitioner,** | : | |
| | : | |
| vs. | : | **Judge Matthew W. McFarland** |
| | : | |
| **ACTING DIRECTOR OF** | : | **Magistrate Judge Chelsey M. Vascura** |
| **ENFORCEMENT AND** | : | |
| **REMOVAL OPERATIONS,** | : | |
| **Detroit Field Office,** | | |
| **Immigration and Customs** | | |
| **Enforcement, et al.,** | | |
| | | |
| **Respondents.** | | |

---

**ORDER**

---

Petitioner, Wilmer Torres Guifarro, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2241.

The Clerk is **DIRECTED** to (1) serve a copy of the petition and its accompanying papers, along with a copy of this Order, by email to John J. Stark on behalf of the United States Attorney's Office for the Southern District of Ohio at john.stark@usdoj.gov. The Clerk is **further DIRECTED** to (2) promptly note proof of such service on the docket.

Counsel for Respondents **SHALL** promptly file notices of appearance.

The parties are **ORDERED** to confer on a case schedule and file a joint proposed scheduling order no later than April 15, 2026.

**IT IS SO ORDERED.**


April 7, 2026                                    *Chelsey M. Vascura*
                                                Chelsey M. Vascura
                                                United States Magistrate Judge


2