**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **WILMER TORRES GUIFARRO,** | : | **Case No. 1:26-cv-350** |
| | : | |
| **Petitioner,** | : | |
| | : | |
| **vs.** | : | **Judge Matthew W. McFarland** |
| | : | |
| **ACTING DIRECTOR OF** | : | **Magistrate Judge Chelsey M. Vascura** |
| **ENFORCEMENT AND** | : | |
| **REMOVAL OPERATIONS,** | : | |
| **Detroit Field Office,** | | |
| **Immigration and Customs** | | |
| **Enforcement, et al.,** | | |
| | | |
| **Respondents.** | | |

## ORDER

The Court previously ordered the parties to confer and propose a case

schedule.  (Doc. 2).  Based on that joint proposal (Doc. 6), the Court now **SETS** the

following schedule:

• Respondent's Return of Writ Due: April 23, 2026

• Petitioner's Reply to Return Due: April 30, 2026

**IT IS SO ORDERED.**

April 16, 2026                              */s/ Chelsey M. Vascura*
                                            CHELSEY M. VASCURA
                                            United States Magistrate Judge